# United States District Court

WESTERN SECTION ──────── DISTRICT OF ──── MASSACHUSETTS ────

LOUIS N. BUONICONTI,

    Plaintiff

V.

FRIENDLY ICE CREAM
CORPORATION,

    Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30075-MAP

TO: (Name and address of defendant)

    Friendly Ice Cream Corporation
    1855 Boston Road
    Wilbraham, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey E. Poindexter, Esq.
    Bulkley, Richardson and Gelinas, LLP
    1500 Main Street, Suite 2700
    Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                DATE April 14, 2004

/s/ Mary Finn

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

I, Jeffrey S. Morneau, hereby accept service of the Summons, Complaint, Civil Action Cover Sheet and Category Form on behalf of Friendly Ice Cream Corporation.

Date: 4-19-04     *[signature]* Jeffrey S. Morneau

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.