UNITED STATES DISTRICT COURT
FOR THE DICTRICT OF MASSACHUSETTS
WESTRN SECTION

CIVIL ACTION NO.: O4-30075-MAP

LOUIS N. BUONICONTI,
Plaintiff

v.

FRIENDLY ICE CREAM
CORPORATION,
Defendant

U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED

**ANSWER**

The defendant, Friendly Ice Cream Corporation ("FICC"), hereby submits the following Answer to the Complaint ("Complaint") of plaintiff, Louis N. Buoniconti.

**FIRST DEFENSE**

**PARTIES**

1. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint.

2. FICC admits the allegations in paragraph 2 of the Complaint.

**JURISDICTION**

3. FICC admits the allegations in paragraph 3 of the Complaint.

4. FICC admits the allegations in paragraph 4 of the Complaint.

**FACTS**

5. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. FICC admits that it hired Mr. Buoniconti in or around May 1994 and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 of the Complaint.

7. FICC admits that Mr. Buoniconti began working for FICC on or around May 23, 1994 and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 of the Complaint.

8. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

9. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.

10. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.

12. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. FICC denies the allegations in paragraph 14 of the Complaint.

15. FICC denies the allegations in paragraph 15 of the Complaint.

16. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. FICC denies the allegations in paragraph 18 of the Complaint.

19. FICC admits that Mr. Buoniconti suffered a work-related injury on or about June 6, 2000 and is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

22. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint.

23. FICC admits that Mr. Buoniconti collected workers' compensation benefits and is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint.

24. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint.

25. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint.

26. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint.

27. FICC admits that Mr. Buonicont suffered a work-related injury in or around October of 2001 and is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint.

28. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint.

29. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint.

30. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint.

31. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint.

32. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint.

33. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint.

34. FICC denies the allegations in paragraph 34 of the Complaint.

35. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint.

36. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint.

37. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint.

38. FICC denies the allegations in paragraph 38 of the Complaint.

39. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Complaint.

40. FICC denies the allegations in paragraph 40 of the Complaint.

41. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint.

42. FICC denies the allegations in paragraph 42 of the Complaint.

43. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint.

44. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Complaint.

45. FICC denies the allegations in paragraph 45 of the Complaint.

46. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the Complaint.

47. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Complaint.

48. FICC denies the allegations in paragraph 48 of the Complaint.

49. FICC admits that Mr. Buoniconti was laid off from work on or about August 1, 2002 and is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Complaint.

50. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Complaint.

51. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint.

52. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Complaint.

53. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the Complaint.

54. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the Complaint.

55. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the Complaint.

56. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the Complaint.

57. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the Complaint.

58. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the Complaint.

59. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 of the Complaint.

60. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the Complaint.

61. FICC admits the allegations in paragraph 61 of the Complaint.

62. FICC denies the allegations in paragraph 62 of the Complaint.

63. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the Complaint.

64. FICC denies the allegations in paragraph 64 of the Complaint.

65. FICC admits the allegations in paragraph 65 of the Complaint.

66. FICC admits the allegations in paragraph 66 of the Complaint.

67. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the Complaint.

68. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 of the Complaint.

**COUNT I**
**The Americans With Disabilities Act – Failure to Accommodate**
**(42 U.S.C. § 12101, et. seq.)**

69. In response to the allegations in paragraph 69 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 68, above.

70. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the Complaint.

71. FICC denies the allegations in paragraph 71 of the Complaint.

72. FICC denies the allegations in paragraph 72 of the Complaint.

73. FICC denies the allegations in paragraph 73 of the Complaint.

74. FICC denies the allegations in paragraph 74 of the Complaint.

75. FICC denies the allegations in paragraph 75 of the Complaint.

76. FICC denies the allegations in paragraph 76 of the Complaint.

77. FICC denies the allegations in paragraph 77 of the Complaint.

**COUNT II**
**The Americans With Disabilities Act – Termination**
**(42 U.S.C. § 12101, et. seq.)**

78. In response to the allegations in paragraph 78 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 77, above.

79. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the Complaint.

80. FICC denies the allegations in paragraph 80 of the Complaint.

81. FICC denies the allegations in paragraph 81 of the Complaint.

82. FICC denies the allegations in paragraph 82 of the Complaint.

83. FICC denies the allegations in paragraph 83 of the Complaint.

84. FICC denies the allegations in paragraph 84 of the Complaint.

85. FICC denies the allegations in paragraph 85 of the Complaint.

**COUNT III**
**Massachusetts Discrimination – Failure to Accommodate**
**(Mass. G.L. ch. 151B)**

86. In response to the allegations in paragraph 86 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 85, above.

87. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the Complaint.

88. FICC denies the allegations in paragraph 88 of the Complaint.

89. FICC denies the allegations in paragraph 89 of the Complaint.

90. FICC denies the allegations in paragraph 90 of the Complaint.

91. FICC denies the allegations in paragraph 91 of the Complaint.

92. FICC denies the allegations in paragraph 92 of the Complaint.

93. FICC denies the allegations in paragraph 93 of the Complaint.

94. FICC denies the allegations in paragraph 94 of the Complaint.

**COUNT IV**
**Massachusetts Discrimination – Termination**
**(Mass. G.L. ch. 151B)**

95. In response to the allegations in paragraph 95 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 94, above.

96. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 of the Complaint.

97. FICC denies the allegations in paragraph 97 of the Complaint.

98. FICC denies the allegations in paragraph 98 of the Complaint.

99. FICC denies the allegations in paragraph 99 of the Complaint.

100. FICC denies the allegations in paragraph 100 of the Complaint.

101. FICC denies the allegations in paragraph 101 of the Complaint.

102. FICC denies the allegations in paragraph 102 of the Complaint.

**COUNT V**
**Workers' Compensation Preference Claim**
**(Mass. G.L. ch. 152, § 75A)**

103. In response to the allegations in paragraph 103 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 102, above.

104. FICC denies the allegations in paragraph 104 of the Complaint.

105. FICC denies the allegations in paragraph 105 of the Complaint.

106. FICC denies the allegations in paragraph 106 of the Complaint.

107. FICC denies the allegations in paragraph 107 of the Complaint.

**COUNT VI**
**Workers' Compensation Discrimination Claim**
**(Mass. G.L. ch. 152, § 75B Claim)**

108. In response to the allegations in paragraph 108 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 107, above.

109. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the Complaint.

110. FICC denies the allegations in paragraph 110 of the Complaint.

111. FICC denies the allegations in paragraph 111 of the Complaint.

112. FICC denies the allegations in paragraph 112 of the Complaint.

113. FICC denies the allegations in paragraph 113 of the Complaint.

**COUNT VII**
**Wage Act Claim**
**(Mass. G.L. ch. 149, §§ 148 And 150)**

114. In response to the allegations in paragraph 114 of the Complaint, FICC adopts by reference its answers to paragraph 1 through 113, above.

115. FICC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 of the Complaint.

116. FICC denies the allegations in paragraph 116 of the Complaint.

117. FICC denies the allegations in paragraph 117 of the Complaint.

118. FICC denies the allegations in paragraph 118 of the Complaint.

SECOND DEFENSE

The plaintiff was not a disabled or handicapped person as defined under the relevant provisions of the law.

THIRD DEFENSE

The plaintiff was not qualified to perform the essential functions of the relevant job with or without a reasonable accommodation.

FOURTH DEFENSE

The defendant offered a reasonable accommodation to plaintiff.

FIFTH DEFENSE

The defendant would have reached the same decisions regardless of whether the plaintiff had a disability or handicap under the relevant provisions of the law.

SIXTH DEFENSE

The plaintiff failed to comply with all the prerequisites to filing suit under Mass. G.L. chapter 149.

Dated: June 2, 2004

The Defendant
FRIENDLY ICE CREAM CORPORATION
By Its Attorney:

Jeffrey S. Morneau
BBO No. 643668
Donohue, Hyland, and Donohue, P.C.
1707 Northampton Street
Holyoke, MA 01040
Tel: (413) 536-1977
Fax: (413) 538-7138

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 2, 2004.

Jeffrey S. Morneau