UNITED STATES DISTRICT COURT
FOR THE DICTRICT OF MASSACHUSETTS
WESTRN SECTION

CIVIL ACTION NO.: O4-30075-MAP

LOUIS N. BUONICONTI,            )
           Plaintiff       )
                            )
v.                              )
                            )
FRIENDLY ICE CREAM              )
CORPORATION,                    )
           Defendant       )
                            )

## APPEARANCE

Please enter my appearance in the above captioned matter for the defendant,

Friendly Ice Cream Corporation.

Dated: June 2, 2004

                              The Defendant
                              FRIENDLY ICE CREAM CORPORATION
                              By Its Attorney:

                              Jeffrey S. Morneau
                              BBO No. 643668
                              Donohue, Hyland, and Donohue, P.C.
                              1707 Northampton Street
                              Holyoke, MA 01040
                              Tel: (413) 536-1977
                              Fax: (413) 538-7138

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the
attorney of record for each other party by mail on June 2, 2004.

                              Jeffrey S. Morneau