UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30075-MAP

| | | |
|---|---|---|
| LOUIS N. BUONICONTI, | ) | |
|     Plaintiff | ) | |
| v. | ) | JOINT STATEMENT FOR |
| | ) | INITIAL SCHEDULING |
| FRIENDLY ICE CREAM | ) | CONFERENCE |
| CORPORATION, | ) | |
|     Defendant | ) | |

      Pursuant to the Notice of Scheduling Conference dated June 23, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the plaintiff Louis N. Buoniconti and counsel for the defendant Friendly Ice Cream Corporation, have conferred and submit the following:

A.    <u>PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE</u>

1)    Plaintiff's settlement proposal and defendant's response thereto;

2)    Establishment of a schedule for discovery;

3)    Establishment of a schedule for filing motions;

4)    Establishment of a schedule for future court conferences; and

5)    Possible use of alternative dispute resolution.

B.    <u>PROPOSED PRE-TRIAL SCHEDULE</u>

      The parties have reached an agreement on all aspects of the proposed scope, timing and sequence of discovery in this case.

| | Event | Deadline |
|---|---|---|
| 1) | parties to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | August 30, 2004 |

| | | |
|---|---|---|
| 2) | parties to serve first requests for production of documents, interrogatories and requests for admissions | September 30, 2004 |
| 3) | parties to complete non-expert discovery, including additional written discovery and depositions | February 28, 2005 |
| 4) | parties to file motions to amend pleadings | March 31, 2005 |
| 5) | expert reports completed and due | April 30, 2005 |
| 6) | expert discovery completed | June 15, 2005 |
| 7) | parties to file summary judgment motions | June 30, 2005 |
| 8) | parties to file oppositions to summary judgment motions | July 31, 2005 |
| 9) | hearing on motion for summary judgment | Date convenient for the Court |
| 10) | additional scheduling and status conferences | As needed |

C.   CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

Both parties have forwarded certifications to their clients for execution and will submit them to the Court for filing at the Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| LOUIS N. BUONICONTI | FRIENDLY ICE CREAM CORPORATION |
| By His Attorney, | By Its Attorney, |
| | |
| /s/ Jeffrey E. Poindexter | /s/ Jeffrey S. Morneau |
| Jeffrey E. Poindexter, Esq. (BBO #631922) | Jeffrey S. Morneau, Esq. (BBO #643668) |
| Bulkley, Richardson and Gelinas, LLP | Donohue, Hyland and Donohue |
| 1500 Main Street, Suite 2700 | 1707 Northampton Street |
| Springfield, Massachusetts 01115 | Holyoke, Massachusetts  01040 |
| Tel:  (413) 781-2820 | Tel:  (413) 536-1977 |
| Fax: (413) 272-6804 | Fax: (413) 538-7138 |

Dated:  July 22, 2004