UNITED STATES DISTRICT COURT
FOR THE DICTRICT OF MASSACHUSETTS
WESTRN SECTION

CIVIL ACTION NO.: 04-30075-MAP

| | |
|---|---|
| LOUIS N. BUONICONTI, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| FRIENDLY ICE CREAM CORPORATION, <br> Defendant | ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF COUNSEL AND AUTHORIZED REPRESENTATIVE OF DEFENDANT

This is to affirm the defendant, Friendly Ice Cream Corporation, and its counsel, Jeffrey S. Morneau, have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution program such as those outlined in Local Rule 16.4.

Dated: July 26, 2004

The Defendant
FRIENDLY ICE CREAM CORPORATION
By Its Attorney:

Jeffrey S. Morneau
BBO No. 643668
Donohue, Hyland, and Donohue, P.C.
1707 Northampton Street
Holyoke, MA 01040
Tel: (413) 536-1977
Fax: (413) 538-7138

The Defendant
FRIENDLY ICE CREAM CORPORATION
By Its Authorized Representative

Alex Orban, Senior Corporate Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 27, 2004.

_____
Jeffrey S. Morneau