UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS N. BUONICONTI,           )
        Plaintiff           )
                              )
      v.           )           Civil Action No. 04-30075-KPN
                              )
                              )
FRIENDLY ICE CREAM           )
CORPORATION,           )
        Defendant           )

SCHEDULING ORDER
July 27, 2004

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference held this day:

    1.    The parties shall complete their automatic disclosures by August 30, 2004.

    2.    All written discovery shall be served by September 30, 2004.

    3.    Non-expert depositions shall be completed by February 28, 2004.

    4.    Counsel shall appear for a case management conference on March 3, 2005 at 11:00 a.m. in Courtroom Three.

    IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge

Case 3:04-cv-30075-KPN   Document 10   Filed 07/29/2004   Page 2 of 2