UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30075-MAP

| | |
|---|---|
| LOUIS N. BUONICONTI,<br>  Plaintiff<br>v.<br><br>FRIENDLY ICE CREAM<br>CORPORATION,<br>  Defendant | CERTIFICATION OF PLAINTIFF<br>AND ITS COUNSEL PURSUANT<br>TO LOCAL RULE 16.1(D)(3) |

The Plaintiff Louis Buoniconti and his counsel, Bulkley, Richardson and Gelinas, LLP, hereby certify that, pursuant to Local Rule 16.1(D)(3), they have conferred regarding the following matters:

(a) establishing a budget for the costs of conducting the full course – and various alternative course – of the litigation; and

(b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Plaintiff,
LOUIS BUONICONTI
By Its Attorney,

_____
Jeffrey E. Poindexter, Esq. (BBO #631922)
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

_____
Louis Buoniconti

Dated: 8-2, 2004