UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30075 MAP

| | |
|---|---|
| LOUIS N. BUONICONTI,    Plaintiff | )<br>)<br>) |
| v. | )   STIPULATION OF DISMISSAL<br>)   WITH PREJUDICE<br>) |
| FRIENDLY ICE CREAM CORPORATION,    Defendant | )<br>)<br>) |

**IT IS HEREBY STIPULATED AND AGREED** by the parties that all claims in this matter asserted against Friendly Ice Cream Corporation shall be dismissed with prejudice and without costs or attorneys' fees to any party.

**SO STIPULATED:**

| | |
|---|---|
| The Plaintiff, | The Defendant |
| LOUIS N. BUONICONTI | FRIENDLY ICE CREAM CORPORATION |
| By Its Attorney | By Its Attorney, |
| | |
| /s/ Jeffrey E. Poindexter | /s/ Jeffrey Morneau |
| Jeffrey E. Poindexter, BBO #631922 | Jeffrey Morneau, BBO# 643668 |
| Bulkley, Richardson and Gelinas, LLP | Donohue, Hyland and Donohue |
| 1500 Main Street, Suite 2700 | 1707 Northampton Street |
| Springfield, MA 01115 | Holyoke, MA 01040 |
| Tel: (413) 781-2820 | Tel: (413) 536-1977 |
| Fax: (413) 272-6803 | Fax: (413) 538-7138 |

Dated: November 12, 2004